MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-three.

Before:      Denny Chin,
                Richard J. Sullivan,
                Steven J. Menashi,
                     *Circuit Judges,*

_____

| | |
|---|---|
| Kurdeliah Tauheedah Abdullah, et al., | **ORDER** |
|       Plaintiffs-Appellees, | Docket No. 21-285 |
| v. | |
| City of Niagara Falls, et al., | |
|       Defendants - Appellants. | |

_____

| | |
|---|---|
| Eric P. Abrams, et al., | |
|       Plaintiffs-Appellees, | Docket No. 21-237 |
| v. | |
| City of Niagara Falls, et al., | |
|       Defendants-Appellants. | |

_____

| | |
|---|---|
| Tina Abrams, et al., | |
|       Plaintiffs-Appellees, | Docket No. 21-248 |
| v. | |
| City of Niagara Falls, et al., | |
|       Defendants-Appellants. | |

_____

1

MANDATE ISSUED ON 10/20/2023

---

Kamilah Nadirah Alaji, et al.,

       Plaintiffs-Appellees,         Docket No. 21-250

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

---

Amanda Bach, et al.,

       Plaintiffs-Appellees,         Docket No. 21-265

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

---

Wanda Elaine Banks, et al.,

       Plaintiffs-Appellees,         Docket No. 21-257

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

---

Eleanor Barber, et al.,

       Plaintiffs-Appellees,         Docket No. 21-245

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

---

———————————————————

Crystal Bennett, et al.,

       Plaintiffs-Appellees,              Docket No. 21-252

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

———————————————————

Richard Bietz, et al.,

       Plaintiffs-Appellees,              Docket No. 21-247

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

———————————————————

Justina Bloom, et al.,

       Plaintiffs-Appellees,              Docket No. 21-259

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

———————————————————

Cyelynn Carr Brandon, et al.,

       Plaintiffs-Appellees,              Docket No. 21-256

v.

City of Niagara Falls, et al.,

       Defendants-Appellants.

———————————————————

---

Sharon A. Brown, et al.,

        Plaintiffs-Appellees,        Docket No. 21-253

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

---

Tammy Leone, et al.,

        Plaintiffs-Appellees,        Docket No. 21-269

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

---

Lisa Pierini, et al.,

        Plaintiffs-Appellees,        Docket No. 21-281

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

---

Teresa Reynolds, Dan Reynolds,

        Plaintiffs-Appellees,        Docket No. 21-260

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

---

_____

Domaniqua Ricketts, et al.,

        Plaintiffs-Appellees,        Docket No. 21-264

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

_____

Veronica Thornton, et al.,

        Plaintiffs-Appellees,        Docket No. 21-251

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

_____

John David Wieloszynski, et al.,

        Plaintiffs-Appellees,        Docket No. 21-255

v.

City of Niagara Falls, et al.,

        Defendants-Appellants.

_____

A case management order entered on March 17, 2021, held the above-referenced appeals in abeyance pending the determination of *Abbo-Bradley, et al. v. City of Niagara Falls, et al.*, No. 21-249 (2d Cir.) The order states that the issues decided in *Abbo-Bradley* shall apply to all the appeals held in abeyance. On July 14, 2023, this Court entered a judgment in *Abbo-Bradley* affirming the decision of the District Court.

On September 26, 2023, the parties jointly moved for the Court to enter judgment in the appeals held in abeyance consistent with the Court's decision in *Abbo-Bradley*.

5

IT IS HEREBY ORDERED that the decision of the District Court is AFFIRMED in each of the above-referenced appeals.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

6